### IN THE UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| FRANK WASHINGTON, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>FMA ALLIANCE, LTD, )<br>)<br>)<br>Defendant. ) | Case No.5:10-cv-01318 |

### NOTICE OF SETTLEMENT

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court of the Western District of Oklahoma, Plaintiff's Notice of Settlement. Plaintiffs hereby respectfully request that this Court allow sixty (60) days within which to complete the settlement and to file a Dismissal in this matter. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted,
**FRANK WASHINGTON**

By: s/ Alex Weisberg
ALEX D. WEISBERG
FBN: 0566551
WEISBERG & MEYERS, LLC
ATTORNEYS FOR PLAINTIFFS
5722 S. Flamingo Road, Ste. 656
Cooper City, FL 33330
(954) 212-2184
(866) 577-0963 fax
aweisberg@attorneysforconsumers.com

I HEREBY CERTIFY THAT this Notice was filed on this 1st day of June, 2010, by means of the CM/ECF system which will send notice of electronic filing to the following: Ms. Loraine Lyons, FMA Alliance, 12339 Cutten Road, Houston, TX 77066, llyons@fmaalliance.com.

                                        By: s/ Alex Weisberg
                                        ALEX D. WEISBERG
                                        FBN: 0566551
                                        WEISBERG & MEYERS, LLC
                                        ATTORNEYS FOR PLAINTIFFS
                                        5722 S. Flamingo Road, Ste. 656
                                        Cooper City, FL 33330
                                        (954) 212-2184
                                        (866) 577-0963 fax
                                        aweisberg@attorneysforconsumers.com